IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUNTEL CABLEVISION, INC., d/b/a Huntel Communications<br><br>  Plaintiff,<br><br>vs.<br><br>MCI COMMUNICATIONS SERVICES, INC., formerly d/b/a MCI Worldcom Communications, Inc., currently d/b/a Verizon Business Services,<br><br>  Defendant. | CASE NO. 8:12CV147<br><br>ORDER AND<br>FINAL JUDGMENT |

This matter is before the Court on the parties' Stipulated Dismissal with prejudice (Filing No. 33). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Each party is to bear its own costs in this matter. Accordingly,

IT IS ORDERED:

1. The parties' Stipulated Dismissal with prejudice (Filing No. 33) is approved;

2. Plaintiff's claims alleged in the Complaint against Defendant are dismissed with prejudice; and

3. Each party is to bear its own costs in this matter.

Dated this 14th day of February, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge